

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:         01-13-00762-CR

Style:                Khutsana Davis

                      **v** The State of Texas

Date motion filed[*]:  August 17, 2014

Type of motion:       Motion to extend time for filing appellate brief

Party filing motion:  Appellant

Document to be filed:  Appellant's brief

If motion to extend time:

    Original due date:              May 27, 2014

    Number of extensions granted:     1          Current Due date:  July 23, 2014

    Date Requested:                 September 18, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  September 18, 2014

        ☑    No further extensions of time will be granted

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

**The motion is granted.  The appellant's brief is ordered filed no later than September 18, 2014.  No further extensions will be granted.**

Judge's signature: /s/ Sherry Radack
                ☒ Acting individually    ☐ Acting for the Court
Panel consists of _____

Date:  August 21, 2014

November 7, 2008 Revision